# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| STEVEN RIDENOUR,<br><br>  Plaintiff<br><br>v.<br><br>NEVADA BELL TELEPHONE CO., et al.,<br><br>  Defendants | Case No.: 3:22-cv-00004-MMD-CSD<br><br>**Order**<br><br>Re: ECF Nos. 25, 27 |

Before the court are: Defendants' joint motion to stay discovery pending resolution of the motions to dismiss (ECF No. 25) and the parties' proposed stipulated discovery plan and scheduling order (ECF No. 27).

Plaintiff Steven Ridenour, who is proceeding pro se, originally filed this action in the Second Judicial District Court of the State of Nevada in and for the County of Washoe, and it was subsequently removed to federal court. (ECF Nos. 1, 1-2.) Plaintiff sues Nevada Bell Telephone Co., dba AT&T Nevada (Nevada Bell) and Communications Workers of America Union Local 9413 (CWA) for sexual harassment, fraudulent practices, breach of the duty of fair representation, and breach of contract. (ECF No. 1-2.)

Defendants CWA and Nevada Bell each have a motion to dismiss pending before Chief District Judge Miranda M. Du. (ECF Nos. 13, 19, 24.) Plaintiff was granted an extension of time to file his response. (ECF No. 29.)

CWA and Nevada have filed a joint motion to stay discovery pending resolution of the motions to dismiss. (ECF No. 25.) Plaintiff has not opposed the motion to stay discovery. The failure of an opposing party to file a response to a motion (except a motion for summary

judgment) constitutes a consent to the granting of the motion. LR 7-2(d). Therefore, Defendants' joint motion to stay discovery pending resolution of the dispositive motions (ECF No. 25) is **GRANTED**.

The proposed stipulated discovery plan and scheduling order submitted by the parties (ECF No. 27) is **DENIED AS MOOT**.

The parties' shall submit a proposed discovery plan and scheduling order within **14 days** of any order denying the motion(s) to dismiss or any order granting the motion(s) to dismiss with leave to amend (*i.e.*, if the motion(s) to dismiss are not completely dispositive of the case).

**IT IS SO ORDERED**.

Dated: March 4, 2022

_____
Craig S. Denney
United States Magistrate Judge