Stacey A. Campbell
Colorado Bar No. 38378
(admitted *Pro Hac Vice*)
Campbell Litigation, P.C.
1410 N. High Street
Denver, Colorado 80218
Telephone: (303) 536-1833
Email: stacey@campbell-litigation.com

Elizabeth Fletcher
Nevada Bar No. 10082
Fletcher & Lee
448 Ridge Street
Reno, Nevada 89501
Telephone: (775) 324-1011
Email: efletcher@fletcherlawgroup.com

**Attorneys for Defendant**
**Nevada Bell Telephone Company**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RIDENOUR,<br><br>     Plaintiff,<br><br>v.<br><br>NEVADA BELL TELEPHONE CO.<br>DBA AT&T NEVADA<br><br>     Defendant. | Case No.: 3:22-cv-00004-MMD-CSD<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE RESPONSE AND REPLY IN SUPPORT OF DEFENDANT'S PENDING MOTION FOR SUMMARY JUDGMENT AND AMEND THE SCHEDULING ORDER (FIFTH REQUEST)** |

Pursuant to FED. R. CIV. P. 16(b)(4) and NEV. LOC. R. IA 6-1 and 26-3, Defendant Nevada Bell Telephone Company d/b/a AT&T Nevada ("Defendant"), by and through undersigned counsel, respectfully submits its Fifth Unopposed Motion to Amend the Scheduling Order to Extend the Deadlines to File the Response and Reply to Defendants' pending dispositive motion ("Motion to Amend"). S*ee* Dkt. 44; *see also* Dkt. 82, 86, 89, 90, 98, and 101. Defendant respectfully requests amending the Scheduling Order to extend the deadlines to file the Response and Reply to Defendant's pending Motion for Summary Judgment ("MSJ") by

fourteen (14) days to allow the parties additional time to prepare their briefs given the upcoming holiday season.

## MOTION

1. Defendant's counsel conferred with Plaintiff on November 26, 2024 regarding this requested relief. Plaintiff <u>does not oppose</u> the relief requested herein.

2. The Court has granted Defendant's requested discovery-related extensions and request to amend the Scheduling Order on at least four prior occasions. The present Motion is Defendant's fifth request. *See* Dkt. 82, 86, 90, 98, and 101.

3. The current deadline for the Parties to file dispositive motions is December 9, 2024. *See* Dkt. 101.

4. Per Nevada Local Rule 7.2(b), the Response to the MSJ will be due on December 30, 2024, while the Reply in support of the MSJ will be due on January 13, 2025. *See* Dkt. 101.

5. Good cause exists under Rule 16(b)(4) to grant the requested extension of the MSJ Response and Reply filing deadline by fourteen (14) days, modifying the deadlines to January 13, 2025, and January 27, 2025, respectively.

6. Pursuant to NEV. LOC. R. 26-3:
   a. As of November 8, 2024, all discovery has been completed .
   b. Given the upcoming holiday season, the Parties respectfully request a fourteen (14) day extension of the MSJ Response and Reply filing deadlines.
   c. As such, Defendant proposes amending the dispositive motion briefing schedule and Joint Pretrial Order deadlines as follows:
      i. Dispositive Motion: December 9, 2024 (current deadline);
      ii. Response to Dispositive Motion: **January 13, 2025 (extended);**
      iii. Reply to Dispositive Motion: **January 27, 2025 (extended);**
      iv. Joint Pretrial Order: Thirty (30) days after a ruling on a dispositive motion (current deadline).

7. Additional good cause exists to grant Defendant's requested extension because:

a. Defendant's client representative will be unavailable from December 30, 2024 through January 10, 2025, and Defendant would be unduly prejudiced in preparing its Reply in support of the MSJ without the client representative's input.

b. Plaintiff will not be prejudiced by the extended deadlines since he does not oppose this Motion and the relief requested herein is also for his benefit.

c. The Court will also not be prejudiced by Defendant's requested relief since this matter has not yet been scheduled for trial.

## **PRAYER FOR RELIEF**

WHEREFORE, for the reasons stated above, Defendant Nevada Bell Telephone Company d/b/a AT&T Nevada respectfully requests that the Court to grant its Unopposed Motion to Amend the Scheduling Order to Extend the Deadlines to File the Response and Reply to Defendant's pending Motion for Summary Judgment.

DATED this 5th day of December, 2024.

                                Respectfully submitted,

                                */s/ Stacey A. Campbell*
                                Stacey A. Campbell, Esq.
                                Colorado Bar No. 38378
                                (*Pro Hac Vice*)
                                Campbell Litigation, P.C.
                                1410 N. High Street
                                Denver, Colorado 80218
                                Telephone: (303) 536-1833
                                Email: stacey@campbell-litigation.com

                                Elizabeth Fletcher, Esq.
                                Nevada Bar No. 10082
                                Fletcher & Lee, Ltd.
                                448 Ridge Street
                                Reno, Nevada 89501
                                Telephone: (775) 324-1011
                                Email: efletcher@fletcherlawgroup.com

                                *Attorneys for Defendant Nevada Bell Telephone Co.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 10, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System.

In addition, pursuant to FED. R. CIV. P. 5(b) and Local Rule IC 4-1, I certify under penalty of perjury that on December 5, 2024, I electronically served the Plaintiff via email to the following email address:

Steven Ridenour
7306 Koyuk River St.
Bakersfield, CA 93311
Ride777@hotmail.com

By: */s/ Anna Gomez*
Paralegal

5