AO450 (NVD Rev. 7/31/24) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Steven Ridenour

              Plaintiff,

v.

Nevada Bell Telephone Co., et al

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:22-cv-00004-MMD-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant's Motion for Summary Judgment (ECF No. 105 ) is granted.
IT IS FURTHER ORDERED that Defendant's motion to seal (ECF No. 104 ) is granted in part and denied in part.
IT IS FURTHER ORDERED that judgment is hereby entered accordingly and this case is closed.

6/3/2025
Date

DEBRA K. KEMPI
Clerk

/s/ GA
Deputy Clerk